**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenitra GILMER, Defendant–**
**Appellant.**

**No. 15–10929**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 10, 2015.

Herbert Stanley Lindsey, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Randolph Murrell, appointed counsel for Kenitra Gilmer, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gilmer's convictions and total sentence are **AFFIRMED.**